IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

EDDIE MITCHELL,

    Plaintiff,

v.

CIVIL ACTION NO. 316-062

GEORGIA DEPARTMENT OF CORRECTIONS, BETSY THOMAS, Director of Human Resources, and JAMES R. LAINE, Director of Human Resources (Retired),

    Defendants.

# ORDER

On May 3, 2017, this Court granted Defendants' motion for summary judgment on Plaintiff's employment discrimination claims. The Court also closed the case and taxed costs against Plaintiff over his objections. On May 30, 2017, the Court denied Plaintiff's motion to seal his pro se complaint and its attachments.

Presently, Plaintiff moves for reconsideration of the motion to seal and the bill of costs. Upon due consideration, the motion for reconsideration of his motion to seal the complaint (doc. 30) is **DENIED**. Further, Plaintiff's latest objection to the bill of costs (doc. no. 29) is **OVERRULED**.

**ORDER ENTERED** at Augusta, Georgia, this 5th day of June, 2017.

_____
UNITED STATES DISTRICT JUDGE